JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

APRIL LATOYA HARRIS,                    )        Case No.  EDCV 14-2451-MMM (RNB)
                                        )
                    Plaintiff,          )
                                        )
            vs.                         )                **J U D G M E N T**
                                        )
SAM STODES, et al.,                     )
                                        )
                    Defendants.         )
_____)

      Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

      IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.


DATED: March 31, 2015


_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE